UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RAY D. BRISTER** | : | **DOCKET NO. 2:17-cv-1148** |
|   D.O.C. # 383050 | | |
| **VERSUS** | : | **JUDGE ROBERT G. JAMES** |
| **POLICE JURY OF JEFFERSON DAVIS** | | |
| **PARISH, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## **JUDGMENT**

For the reasons stated in the Report and Recommendation [doc. 57] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motions for Summary Judgment [docs. 40, 44] be **GRANTED** and that all claims in this matter be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 6th day of June, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE